

| JAMES C. DUFF<br>Director | **ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS** | MARY LOUISE MITTERHOFF<br>Associate Director<br>Department of Program Services |
|---|---|---|
| LEE ANN BENNETT<br>Deputy Director | WASHINGTON, D.C. 20544 | WILLIAM T. BARTO<br>Chief<br>Judicial Services Office |

October 28, 2020

Ms. Elizabeth Warren
Clerk, United States District Court for the Middle District of Florida
U.S. Courthouse
401 West Central Boulevard, Room 2100
Orlando, FL 32801

Ms. Molly Dwyer
Clerk, United States Court of Appeals for the Ninth Circuit
James R. Browning U.S. Courthouse
95 Seventh Street, Room 125
San Francisco, CA 94103-1518

Dear Ms. Warren and Ms. Dwyer:

      Enclosed is the Chief Justice's designation of the Honorable John E. Steele of the United States District Court for the Middle District of Florida to perform judicial duties in the United States Court of Appeals for the Ninth Circuit for the period(s) of April 14, 2021 to April 16, 2021.  Pursuant to 28 U.S.C. § 295, please file and enter this assignment on the minutes of your respective courts.

      Please feel free to contact me at (202) 502-1177 if you have any questions or concerns.

Sincerely,

Anne McKenna
Senior Attorney
Judicial Programs

Enclosures:    (Clerk of Lending Court, Ms. Warren - Original Designation)
                 (Clerk of Borrowing Court, Ms. Dwyer - Certified Copy of Designation)

cc:    Honorable John E. Steele
        Mr. James P. Gerstenlauer
        Ms. Elizabeth A. Smith

## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Ninth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Ninth Circuit during the period of April 14, 2021 to April 16, 2021. The

## HONORABLE JOHN E. STEELE

a Senior Judge of the United States District Court for the Middle District of Florida has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable John E. Steele to perform judicial duties in the United States Court of Appeals for the Ninth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 10/16/20